# ELECTRONIC RECORD

COA # 11-13-00060-CR          OFFENSE: 1

STYLE: Ashley Jack Cody Henderson v. The State of Texas          COUNTY: Haskell

COA DISPOSITION: AFFIRMED          TRIAL COURT: 39th District Court

DATE: 3/26/15          Publish: NO          TC CASE #: 6547

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Ashley Jack Cody Henderson v. The State of Texas**

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
___REFUSED___
DATE: ___06/17/2015___
JUDGE: ___Per Curiam___

CCA #: **PD-0446-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

---

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**